H:\ljg\23100921\notice entities fin interest.doc
01/08/03 MMC/lap

United States District Court
Southern District of Texas
FILED

JAN 0 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALLSTATE TEXAS LLOYDS, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-02-171 | |
| § | Non-Jury | |
| TROY A. BOWER and SHARI R. BOWER, § | | |
| Defendants. § | | |

### NOTICE OF ENTITIES WITH A FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, ALLSTATE TEXAS LLOYDS ("Allstate") and files this, its list of entities that are financially interested in this litigation:

1. Plaintiffs:
   Allstate Texas Lloyds

2. Attorneys:
   Larry J. Goldman
   Michelle M. Copeland
   Adami Goldman & Shuffield, Inc.
   The Nowlin Building
   9311 San Pedro, Suite 900
   San Antonio, Texas 78216
   (210) 344-0500

3. Defendants:
   Troy A. Bower
   Shari R. Bower

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
The Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: *Michelle M. Copeland*
LARRY J. GOLDMAN
Fed. Bar No. 341
(Attorney in Charge)
MICHELLE M. COPELAND
Fed. Bar No. 32067

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

Plaintiff is unable to serve a copy of this pleading upon counsel for Defendants at this time because an appearance has not been made on behalf of Defendants, nor has any responsive pleading been filed with the Court.

*Michelle M. Copeland*
Michelle M. Copeland