5

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                   District of                        Texas

ALLSTATE TEXAS LLOYDS

V.

Troy A. Bower and Shari R. Bower

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  **B - 0 2 - 1 7 1**

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

Troy A. Bower
1614 S. Massachusetts
Covington, Louisiana 70433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry J Goldman / Michelle M. Copeland
ADAMI, GOLDMAN & SHUFFIELD, INC.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
(210) 344-0500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                    9-9-02

CLERK                                               DATE

*Laurder Mardis*

(By) DEPUTY CLERK

• AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): *Service made by certified mail, return receipt requested on 9/19/02 — See attached card.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *January 7, 2003*  _____
                      *Date*              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

231.921

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0004 5293 7528

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Troy A Bower*
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002          See Reverse for Instructions

...CTION                           **COMPLETE THIS SECTION ON DELIVERY**

■ ...o complete
...desired.
...the reverse
...o you.
■ ...this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
*Troy A Bower*   9-19-02
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

*Troy A. Bower
1614 S. Massachusetts
Covington, Louisiana
70433*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7002 0860 0004 5293 7528

Domestic Return Receipt   231.921   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0860 0004 5293 7511

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Shari K. Bower*
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002          See Reverse for Instructions

...CTION                           **COMPLETE THIS SECTION ON DELIVERY**

...lso complete
...desired.
...on the reverse
...d to you.
...of the mailpiece,
...ts.

A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
*Troy A Bower*   9-19-02
D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

*Shari K. Bower
1614 S. Massachusetts
Covington, Louisiana
70433*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7002 0860 0004 5293 7511

PS Form 3811, August 2001          Domestic Return Receipt   231.921   102595-02-M-1540