AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    Texas

ALLSTATE TEXAS LLOYDS

V.

Troy A. Bower and Shari R. Bower

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B - 0 2 - 1 7 1

TO: (Name and address of Defendant)

Troy A. Bower
1614 S. Massachusetts
Covington, Louisiana 70433

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry J Goldman / Michelle M. Copeland
ADAMI, GOLDMAN & SHUFFIELD, INC.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
(210) 344-0500

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                      9-9-02
CLERK                                                 DATE

_(signature)_
(By) DEPUTY CLERK

23(.92(

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Troy A Bower
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002   See Reverse for Instructions

7002 0860 0004 5293 7528

1. Article Addressed to:

Troy A. Bower
1614 S. Massachusetts
Covington, Louisiana
70433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Troy A Bower
C. Date of Delivery: 9-19-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0004 5293 7528

Domestic Return Receipt   231.92(   02595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Shari R. Bower
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, April 2002   See Reverse for Instructions

Shari R. Bower
1614 S. Massachusetts
Covington, Louisiana
70433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Troy A Bower
C. Date of Delivery: 9-19-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0004 5293 7511