# LAW OFFICES OF
## ADAMI, GOLDMAN & SHUFFIELD
INCORPORATED

GRANT E. "TRES" ADAMI, III
LARRY J. GOLDMAN*
E. WAYNE SHUFFIELD
ROBERT F. SCHEIHING
DOUGLAS E. PENNEBAKER
MARTIN J. PHIPPS
R. SCOTT WESTLUND
THOMAS M. FURLOW

*BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

NOWLIN BUILDING
9311 SAN PEDRO, SUITE 900
SAN ANTONIO, TEXAS 78216
TELEPHONE: (210) 344-0500
TELECOPY: (210) 344-7228

WILLIAM N. ALLAN, IV
KEVIN S. BAKER
DAVID L. CHUMBLEY
MICHELLE M. COPELAND
JEANIE DRODDY CUPIT
DON W. DOYLE
ALEX B. EYSSEN
HUGH R. JONS, JR.
ANDREW R. KUNAU
JACKIE SPARKS MARTIN
LEEANNA GAINER MASK
CARLOS E. SOLIS

WEBSITE: www.agslaw.com

January 10, 2003

*Via CM, RRR*
Ms. Stella Garza, Case Manager
Honorable Judge Hilda Tagle
600 E. Harrison
Brownsville, Texas 78520

CAB-02-171

United States District Court
Southern District of Texas
FILED

JAN 22 2003

Michael N. Milby
Clerk of Court

Re: *Allstate Texas Lloyds v. Troy A. Bower and Shari R. Bower*
    Our File No.: 23100.0921

Dear Ms. Garza:

Plaintiff, represented by Larry J. Goldman and Michelle Copeland, requests permission to appear by telephone for an Initial Pre-Trial Conference scheduled to take place on January 27, 2003 at 1:30 p.m. in the above-referenced case. Plaintiff has filed a Proposed Joint Discovery/Case Management Plan, however, Defendants have to date failed to file an answer or responsive pleading to this lawsuit. Plaintiff is currently in the process of preparing a Motion for Entry of Default and Default Judgment. Plaintiff has not filed the motion yet as Plaintiff is still awaiting verification that Defendants are not members of the Armed Forces. Once verification is received, Plaintiff's motion will be filed with the Court.

After reviewing Plaintiff's request to appear at the Initial Pre-Trial Conference telephonically, please advise as to whether Plaintiff's request will be granted. Thank you for your courtesies in this matter.

Very truly yours,

Larry J. Goldman