IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 23 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLSTATE TEXAS LLOYDS, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-02-171 |
| TROY BOWER AND SHARI BOWER, | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 23, 2003, the Court **GRANTED** Plaintiff's request to appear telephonically at the Initial Pretrial Conference scheduled for January 27, 2003, at 1:30 p.m. [Dkt. No. 7].

DONE at Brownsville, Texas, this 23rd day of January 2003.

Hilda G. Tagle
United States District Judge