9

## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Levesque |
| DATE | 1 — 27 — 03 |
| TIME | 1:45 p.m. — 1:55 p.m. |
| CIVIL ACTION | B — 02 — 171 |
| STYLE | ALLSTATE TEXAS LLOYDS *versus* TROY & SHARI BOWER |

United States District Court
Southern District of Texas
FILED

JAN 27 2003

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT)   ■ Initial Pre-Trial Hearing;           (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Larry Goldman

Attorney(s) for Defendant(s):    None appeared

<u>Comments</u>

1. The IPTC was conducted telephonically.

2. The Court inquired whether this declaratory action could have been brought in state court, and plaintiff's counsel responded that plaintiff believes it has an absolute right to bring this matter in federal court.

3. Plaintiff is preparing to request an entry of default and default judgment.